UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE STONE ENERGY CORP.<br>SHAREHOLDER DERIVATIVE<br>LITIGATION | CIVIL ACTION NO. 05-CV-2166 (Lead)<br>05-CV-2167<br>06-CV-0171 |

_____

**MEMORANDUM IN SUPPORT OF MOTION OF
NOMINAL DEFENDANT STONE ENERGY CORPORATION
TO JOIN IN THE MOTIONS OF THE OFFICER DEFENDANTS
TO STAY THE COMPLAINT OR, IN THE
ALTERNATIVE, DISMISS THE DERIVATIVE ACTION**

MAY IT PLEASE THE COURT:

Defendants David H. Welch, James H. Prince and Kenneth H. Beer (the "Officer Defendants") have filed Motions to Stay the Complaint Or, In The Alternative, to Dismiss the Derivative Action (the "Motions"). Nominal Defendant Stone Energy Corporation ("Stone") joins in those Motions.

In brief, the Motions seek the following relief:

1.  Stay of the Complaint because the purported derivative claims in the instant action are grounded on the same allegations that underly *In re Stone Energy Corp. Sec. Litig.*, No. 05-CV-2088 (TLM) (W.D. La.) (the "Securities Action"), and seek indemnification from the parties in this matter for the potential liability stemming from the Securities Action and, therefore, adjudication of this matter would be premature until the issue of liability in the Securities Action is fully adjudicated; and

2.  The purported derivative claim should be dismissed for lack of standing inasmuch as Plaintiffs have failed to make the necessary demand on the Stone Energy Board of Directors.

For these reasons, Stone Energy Corporation joins in the Motions filed by the Officer Defendants and joins in the request for relief set forth in those Motions.

Respectfully submitted,

By: ___s/ Jamie D. Rhymes_____
    Jamie D. Rhymes (La. Bar No. 24621)
    Vanessa W. Servat (La. Bar No. 28795)
    LISKOW & LEWIS
    822 Harding Street
    Lafayette, LA 70503
    Phone:  337-232-7424
    Fax:     337-267-2699

    *Local Counsel for Nominal Defendant*
    *Stone Energy Corporation*

    and

    Thomas P. Preston, T.A. (De. Bar No. 2548)
    BLANK ROME LLP
    1201 Market Street
    Suite 800
    Wilmington, DE 19801
    Phone:  302-425-6400
    Fax:     302-425-6464

    *Lead Counsel for Nominal Defendant*
    *Stone Energy Corporation*

CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2006, a copy of the foregoing **Memorandum In Support Of Motion Of Nominal Defendant Stone Energy Corporation To Join In The Motions Of The Officer Defendants To Stay The Complaint Or, In The Alternative, Dismiss The Derivative Action** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system. I also certify that I have mailed this filing by United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

Respectfully submitted,


By: ___s/ Jamie D. Rhymes_____
Jamie D. Rhymes (La. Bar No. 24621)
Vanessa W. Servat (La. Bar No. 28795)
LISKOW & LEWIS
822 Harding Street
Lafayette, LA 70503
Phone: 337-232-7424
Fax: 337-267-2699

*Local Counsel for Nominal Defendant Stone Energy Corporation*

and

Thomas P. Preston, T.A. (De. Bar No. 2548)
BLANK ROME LLP
1201 Market Street
Suite 800
Wilmington, DE 19801
Phone: 302-425-6400
Fax: 302-425-6464

*Lead Counsel for Nominal Defendant Stone Energy Corporation*