UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| IN RE: STONE ENERGY CORPORATION SHAREHOLDER DERIVATIVE LITIGATION<br><br>versus<br><br>James H. Stone, et al. | Civil Action 05-2166(LEAD)<br>05-2167<br>06-0171<br><br>Judge Tucker L. Melançon<br><br>Magistrate Judge C. Michael Hill |

**ORDER**

Before the Court is Officer Defendants David H. Welch, Kenneth H. Beer, and James H. Prince's Motion to Stay Or, in the Alternative Motion to Dismiss [Rec. Doc. 69] and Outside Director Defendants Peter K. Barker, Robert A. Bernhard, George R. ("Ron") Christmas, B.J. Duplantis, Raymond B. Gary, John P. Laborde, Richard A. Pattarozzi, James H. Stone and David R. Voelker's Motion to Stay Or, in the Alternative Motion to Dismiss the Third Amended Consolidated Complaint [Rec. Doc. 71].  Based on the procedural posture of this consolidated case and the related consolidated case, *In Re. Stone Energy Lit.,* Civil Action No. 05-2088(LEAD),05-2109(MEMBER), 05-2220(MEMBER), it is

**ORDERED** that the Officer Defendants' Motion to Stay [Rec. Doc. 69] and Outside Director Defendants' Motion to Stay [Rec. Doc. 71] are **GRANTED** and this consolidated proceeding is **STAYED** pending final resolution of defendants Stone Energy Corporation, David H. Welch, James H. Prince and Kenneth H. Beer's Motion to Dismiss Lead Plaintiff's Consolidated Class Action Complaint in the related consolidated case after which a hearing will be conducted by the Court to determine

the propriety of maintaining the stay.

  THUS DONE AND SIGNED in Lafayette, Louisiana, on this 21st day of December, 2006.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE